IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JONATHAN B. NEUBER,

Plaintiff,

v.

JOSHUA PRITT, JOEL PICKERD, CODY SMITH, JUSTIN CARLEY,

Defendants.

Case No. 6:15-cv-833-TC

ORDER

MCSHANE, Judge:

Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation (ECF No. 41), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed objections to the Findings and Recommendation. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I conclude the report is correct.

Plaintiff's objections actually agree with Judge Coffin's recommendations. The only objection is plaintiff's argument that the court should appoint him counsel. Judge Coffin denied

1 –ORDER

plaintiff's initial request for appointment of counsel many months ago. *See* ECF No. 6. That issue was not addressed in the Findings and Recommendation as is not before me.

I adopt the Findings and Recommendation (ECF No. 41). Plaintiff's motion for summary judgment, ECF No. 30, and motion for protected discovery, ECF No. 28, and defendants' motion to strike, ECF No. 37, are DENIED.

IT IS SO ORDERED.

DATED this 4th day of December, 2015.

                                          /s/ Michael J. McShane
                                            Michael McShane
                                    United States District Judge