IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JONATHAN B. NEUBER,

        Plaintiff,

v.

JOSHUA PRITT, et al.,

        Defendants.

Case No. 6:15-cv-833-JR

ORDER

MCSHANE, Judge:

        Magistrate Judge Jolie A. Russo then filed a Findings and Recommendation, ECF No. 101, recommending dismissing this action for failure to state a claim. The matter is now before me. *See* 28 U.S.C. § 636(b)(1)(B); Fed.R.Civ.P. 72(b). Jonathan Neuber, proceeding *pro se*, filed objections to the Findings and Recommendation. Accordingly, I have reviewed this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and adopt the Findings and Recommendations.

1 –ORDER

Magistrate Judge Russo's Findings and Recommendation, ECF No. 101, is ADOPTED in full. Defendants' motion for summary judgment, ECF No. 85, is GRANTED. Plaintiff's motion for partial summary judgment, ECF No. 73, is DENIED as moot.

IT IS SO ORDERED.

DATED this 30th day of January, 2017.

/s/ Michael McShane  
Michael McShane  
United States District Judge

2 –ORDER